(Official Form 1) (4/10)

| **United States Bankruptcy Court** **Southern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AMR CORPORATION** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AMR** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**75-1825172** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4333 Amon Carter Boulevard, MD5675**<br>**Fort Worth, Texas**          **76155** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**          ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Tarrant** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A** | |

### Type of Debtor
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

### Nature of Business
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Airline Parent Company**

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter.)

- - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

### Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors **(on a consolidated basis)**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

Estimated Assets **(on a consolidated basis)**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

Estimated Liabilities **(on a consolidated basis)**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

(Official Form 1) (4/10)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**AMR CORPORATION** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  **N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
|---|---|---|
| Location<br>Where Filed:  **N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of<br>Debtor:<br>**American Airlines Realty (NYC) Holdings, Inc.** | Case Number:<br>**As filed** | Date Filed:<br>**November 29, 2011** |
|---|---|---|
| District:<br>**Southern District of New York** | Relationship:<br>**Wholly-Owned Indirect Subsidiary of AMR Corporation** | Judge:<br>**Undetermined** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>⊠   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)                    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

⊠   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐      Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐      Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

⊠      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐      Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐      Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| (Official Form 1) (4/10) | |
|---|---|
| | **FORM B1**, Page 3 |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AMR CORPORATION** |

## Signatures

<table>
<tr>
<td width="50%">

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    _____
    Telephone Number (if not represented by attorney)

    _____
    Date

</td>
<td width="50%">

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

    (Signature of Foreign Representative)

    _____

    (Printed Name of Foreign Representative)

    _____
    Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney\***

X /s/ Stephen Karotkin
    Signature of Attorney for Debtor(s)

    Stephen Karotkin
    Printed Name of Attorney for Debtor(s)

    Weil, Gotshal & Manges LLP
    Firm Name

    767 Fifth Avenue
    Address

    New York, New York 10153

    (212) 310-8000
    Telephone Number

    November 29, 2011
    Date

\* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

x _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Kenneth W. Wimberly
    Signature of Authorized Individual

    Kenneth W. Wimberly
    Printed Name of Authorized Individual

    Corporate Secretary
    Title of Authorized Individual

    November 29, 2011
    Date

</td>
<td></td>
</tr>
</table>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | :     **Chapter 11 Case No.** |
| | : |
| **AMR CORPORATION,** | :     **11- _____ (    )** |
| | : |
| | : |
| **Debtor.** | : |

---------------------------------------------------------------x

## EXHIBIT "A" TO VOLUNTARY PETITION

    1.       The debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934 and, the SEC file number is 1-8400.

    2.       The following financial data is the latest available information and refers to the debtor's condition on September 30, 2011 on a consolidated basis with its affiliated debtors and debtors in possession.

    a.   Total assets                                   <u>$24,719,000,000</u>

    b.   Total debts (including debts listed in 2.c., below)     <u>$29,552,000,000</u>

    c.   Debt securities held by more than 500 holders.

| | As of September 30, 2011 | Approximate number of holder |
|---|---|---|
| Secured variable and fixed rate interest due through 2023 (effective rates from 1.00% - 13.00% at September 30, 2011 | <u>$4,577,000,000</u> | unknown |
| Enhanced equipment trust certificates due through 2021 (rates from 5.10% - 12.00% at September 30, 2011) | <u>$1,985,000,000</u> | unknown |
| 6.00% - 8.50% special facility revenue bonds due through 2036 | <u>$1,627,000,000</u> | unknown |
| 7.5% senior secured notes due 2016 | <u>$1,000,000,000</u> | unknown |
| 6.25% senior convertible notes due 2014 | <u>$  460,000,000</u> | unknown |
| 9.0% - 10.20% debentures due through 2021 | <u>$  214,000,000</u> | unknown |
| 7.88% - 10.55% notes due through 2039 | <u>$  173,000,000</u> | unknown |

Comments: The Debtors have many public debt issues as referenced in their public filings with the Securities and Exchange Commission, including their most recent Form 10-K for the fiscal year ending December 31, 2010; however it is not known if any of those debt issues are held by 500 or more holders as many, if not all, of those securities are held in the name of various nominees.

    d.   Number of shares of preferred stock              <u>0</u>

    e.   Number of shares of common stock        <u>335,227,024 shares outstanding as of October 13, 2011</u>

3.      Brief description of debtor's business:  AMR Corporation is the parent company of various direct and indirect subsidiaries specializing in air transportation services.  AMR's principal subsidiary, American Airlines, Inc., is a major U.S. certificated passenger airline and freight carrier, providing scheduled passenger and freight service to approximately 160 destinations in North America, the Caribbean, Latin America, Europe, and Asia.  In addition, AMR Eagle Holding Corporation, a wholly-owned subsidiary of AMR, owns two regional airlines, American Eagle Airlines, Inc. and Executive Airlines, Inc., which do business as "American Eagle."

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  To the best of the Debtors' knowledge and belief, based on publicly filed disclosures, as of October 31, 2011, the  following entities directly or indirectly own, control, or hold 5% or more of the voting securities of the Debtor: PRIMECAP Management Company (12.4%), Capital Global Research Investors (9.3%), Capital World Investors (8.4%), and Asia Mountain Investment Co., Ltd. and certain affiliates (7.3%).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                :
                                     :        Chapter 11 Case No.
                                     :
AMR CORPORATION,                     :        11- _____ (     )
                                     :
                                     :
                     Debtor.         :
------------------------------------------------------------x
```

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 50 LARGEST UNSECURED CLAIMS[1]

　　　　The following is the consolidated list of the creditors of AMR Corporation and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), holding the 50 largest noncontingent unsecured claims as of November 21, 2011.

　　　　Except as set forth above, this list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Procedure.  This list does not include persons who come within the definition of "insider" set forth in section 101(31) of chapter 11 of the United States Code.

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| WILMINGTON TRUST | WILMINGTON TRUST MICHAEL OLLER MIKEOLLER@WILMINGTONTRUST.COM RODNEY SQUARE NORTH, 1100 NORTH MARKET STREET WILMINGTON, DE  19890 Tel: 302-651-1000 Fax: 302-636-4145 | AMR CORPORATION 6.25% CONVERTIBLE SENIOR NOTES DUE 2014 | | $460,000,000 |

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.  All claims are subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments, which are not reflected on this Schedule.

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY | MANUFACTURERS AND TRADERS TRUST COMPANY FARRAH T. WELSH FWELSH@MTB.COM 25 SOUTH CHARLES STREET, 11TH FL BALTIMORE, MD  21201 Tel: 410-244-3712 Fax: 410-244-4236 | ALLIANCEAIRPORT AUTHORITY, INC. SPECIAL FACILITIES REVENUE REFUNDING BONDS 5.25% DUE 2029 | | $357,130,000 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | MANUFACTURERS AND TRADERS TRUST COMPANY FARRAH T. WELSH FWELSH@MTB.COM 25 SOUTH CHARLES STREET, 11TH FL BALTIMORE, MD  21201 Tel: 410-244-3712 Fax: 410-244-4236 | DALLAS FORT WORTH FACILITIES IMPROVEMENT CORP. BONDS 6.375% DUE 2035 | | $199,160,000 |
| WILMINGTON TRUST | WILMINGTON TRUST MICHAEL OLLER MIKEOLLER@WILMINGTONTRUST.COM RODNEY SQUARE NORTH, 1100 NORTH MARKET STREET WILMINGTON, DE  19890 Tel: 302-651-1000 Fax: 302-636-4145 | AMR PUBLIC INCOME NOTES 7.875% DUE 2039 | | $150,000,000 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY | MANUFACTURERS AND TRADERS TRUST COMPANY FARRAH T. WELSH FWELSH@MTB.COM 25 SOUTH CHARLES STREET, 11TH FL BALTIMORE, MD  21201 Tel: 410-244-3712 Fax: 410-244-4236 | DALLAS FORT WORTH FACILITIES IMPROVEMENT CORP. REFUNDING BONDS SERIES 5.50% DUE 2030 | | $131,735,000 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | MANUFACTURERS AND TRADERS TRUST COMPANY FARRAH T. WELSH FWELSH@MTB.COM 25 SOUTH CHARLES STREET, 11TH FL BALTIMORE, MD  21201 Tel: 410-244-3712 Fax: 410-244-4236 | DALLAS FORT WORTH FACILITIES IMPROVEMENT CORP. SERIES 1995 6.00% DUE 2014 | | $126,240,000 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | LAW DEBENTURE TRUST COMPANY OF NEW YORK GREGG WEISSMAN 400 MADISON AVENUE, 4TH FLOOR NEW YORK, NY  10017 Tel: 212-750-6474 Fax: 212-750-1361 | PUERTO RICO PORTS AUTHORITY SPECIAL FACILITIES REVENUE BONDS, SERIES A 6.25% DUE 2026 | | $115,600,000 |
| THE BANK OF NEW YORK MELLON | THE BANK OF NEW YORK MELLON DARRYL POMYKALA DARRYL.L.POMYKALA@BNYMELLON.COM 1 WALL ST. NEW YORK, NY   10286 Tel: 212-495-1784 Fax: 212-635-1799 | CHICAGO O'HARE INTERNATIONAL AIRPORT SPECIAL FACILITY REVENUE REFUNDING BONDS, SERIES 2007 5.50% DUE 2024 | | $108,675,000 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY | MANUFACTURERS AND TRADERS TRUST COMPANY FARRAH T. WELSH FWELSH@MTB.COM 25 SOUTH CHARLES STREET, 11TH FL BALTIMORE, MD  21201 Tel: 410-244-3712 Fax: 410-244-4236 | DALLAS FORT WORTH FACILITIES IMPROVEMENT CORP. REFUNDING BONDS SERIES 2000 A3 9.125% DUE 2029 | | $103,000,000 |
| WILMINGTON TRUST | WILMINGTON TRUST MICHAEL OLLER MIKEOLLER@WILMINGTONTRUST.COM RODNEY SQUARE NORTH, 1100 NORTH MARKET STREET WILMINGTON, DE  19890 Tel: 302-651-1000 Fax: 302-636-4145 | AMR DEBENTURES 9.00% DUE 2012 | | $75,759,000 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | MANUFACTURERS AND TRADERS TRUST COMPANY FARRAH T. WELSH FWELSH@MTB.COM 25 SOUTH CHARLES STREET, 11TH FL BALTIMORE, MD  21201 Tel: 410-244-3712 Fax: 410-244-4236 | DALLAS FORT WORTH FACILITIES IMPROVEMENT CORP. REFUNDING BONDS SERIES 2000 A2 9.00% DUE 2015 | | $65,000,000 |
| THE BANK OF NEW YORK MELLON | THE BANK OF NEW YORK MELLON MARY MISELIS MARY.MISELIS@BNYMELLON.COM 101 BARCLAY STREET NEW YORK, NY  10286 Tel: 212-815-4812 Fax: 212-635-1799 | AMR DEBENTURES 9.00% DUE 2016 | | $60,943,156 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY | MANUFACTURERS AND TRADERS TRUST COMPANY FARRAH T. WELSH FWELSH@MTB.COM 25 SOUTH CHARLES STREET, 11TH FL BALTIMORE, MD 21201 Tel: 410-244-3712 Fax: 410-244-4236 | ALLIANCEAIRPORT AUTHORITY, INC. SPECIAL FACILITIES REVENUE REFUNDING BONDS, SERIES 1991 7.00% DUE 2011 | | $49,525,000 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | LAW DEBENTURE TRUST COMPANY OF NEW YORK GREGG WEISSMAN 400 MADISON AVENUE, 4TH FLOOR NEW YORK, NY 10017 Tel: 212-750-6474 Fax: 212-750-1361 | PUERTO RICO PORTS AUTHORITY SPECIAL FACILITIES REVENUE BONDS, 1993 SERIES A 6.30% DUE 2023 | | $39,705,000 |
| U.S. BANK, N.A. | U.S. BANK, N.A. SUSAN MERKER SUSAN.MERKER@USBANK.COM 225 ASYLUM STREET, 23RD FL HARTFORD, CT Tel: 860-241-6815 Fax: 860-241-6897 | PUERTO RICO INDUSTRIAL, MEDICAL, HIGHER EDUCATION AND ENVIRONMENTAL POLLUTION CONTROL FACILITIES FINANCING AUTHORITY, SERIES 1985 6.45% DUE 2025 | | $36,160,000 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| WILMINGTON TRUST | WILMINGTON TRUST MICHAEL OLLER MIKEOLLER@WILMINGTONTRUST.COM RODNEY SQUARE NORTH, 1100 NORTH MARKET STREET WILMINGTON, DE  19890 Tel: 302-651-1000 Fax: 302-636-4145 | AMR DEBENTURES 10.00% DUE 2021 | | $32,162,000 |
| HEWLETT PACKARD | HEWLETT PACKARD MARGARET WHITMAN 3000 HANOVER ST. PALO ALTO, CA  94304 Tel: 650-857-1501 Fax: 650-857-5518 | TRADE DEBT | | $30,862,960 |
| MIAMI DADE COUNTY | MIAMI DADE COUNTY COUNTY CHAIR 111 NW 1ST STREET, SUITE 220 MIAMI, FL   33136 Tel: 305-375-5511 Fax: 305-375-5883 | CLAIMS ADMINISTRATION AGREEMENT | | $25,000,000 |
| ROLLS-ROYCE INC | ROLLS-ROYCE INC JAMES M. GUYETTE 1875 EXPLORER STREET, SUITE 200 RESTON, VA   20190 Tel: 703-834-1700 Fax: 703-709-6086 | TRADE DEBT | | $27,000,000 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON | THE BANK OF NEW YORK MELLON TAMMY BAUMGARTEN TAMMY.BAUMGARTEN@BNYMELLON.COM 525 WILLIAM PENN PLACE, 38TH FLOOR PITTSBURGH, PA  15259 Tel: 412-234-4100 | NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY ECONOMIC DEVELOPMENT BONDS 7.10% DUE 2031 | | $17,855,000 |
| THE BANK OF NEW YORK MELLON | THE BANK OF NEW YORK MELLON MARY MISELIS MARY.MISELIS@BNYMELLON.COM 101 BARCLAY STREET NEW YORK, NY  10286 Tel: 212-815-4812 Fax: 212-635-1799 | AMR DEBENTURES 10.20% DUE 2020 | | $17,525,500 |
| WILMINGTON TRUST | WILMINGTON TRUST MICHAEL OLLER MIKEOLLER@WILMINGTONTRUST.COM RODNEY SQUARE NORTH, 1100 NORTH MARKET STREET WILMINGTON, DE  19890 Tel: 302-651-1000 Fax: 302-636-4145 | AMR DEBENTURES 9.75% DUE 2021 | | $15,700,000 |
| BOEING COMMERCIAL AIRLINES | BOEING COMMERCIAL AIRLINES JIM ALBAUGH 100 NORTH RIVERSIDE CHICAGO, IL  98124 Tel: 312-544-2000 Fax: 312-544-2082 | TRADE DEBT | | $15,305,751 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON | THE BANK OF NEW YORK MELLON MARY MISELIS MARY.MISELIS@BNYMELLON.COM 101 BARCLAY STREET NEW YORK, NY  10286 Tel: 212-815-4812 Fax: 212-635-1799 | AMR DEBENTURES 9.88% DUE 2020 | | $7,889,000 |
| WILMINGTON TRUST | WILMINGTON TRUST MICHAEL OLLER MIKEOLLER@WILMINGTONTRUST.COM RODNEY SQUARE NORTH, 1100 NORTH MARKET STREET WILMINGTON, DE  19890 Tel: 302-651-1000 Fax: 302-636-4145 | AMR MEDIUM TERM NOTES, SERIES C 9.20% DUE 2012 | | $7,701,000 |
| HONEYWELL | HONEYWELL DAVID M. COTE 101 COLUMBIA ROAD, MAILSTOP M6/LM MORRISTOWN , NJ  07962 Tel: 973-455-2114 Fax: 973-455-4807 | TRADE DEBT | | $7,678,974 |
| DFW INTERNATIONAL AIRPORT | DFW INTERNATIONAL AIRPORT JEFFREY P. FEGAN P O DRAWER 619428 DFW AIRPORT, TX  75261-9428 Tel: 972-973-5200 Fax: 972-973-5751 | TRADE DEBT | | $7,296,370 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY | MANUFACTURERS AND TRADERS TRUST COMPANY FARRAH T. WELSH FWELSH@MTB.COM 25 SOUTH CHARLES STREET, 11TH FL BALTIMORE, MD  21201 Tel: 410-244-3712 Fax: 410-244-4236 | DALLAS FORT WORTH FACILITIES IMPROVEMENT CORP. SERIES 2002 8.25% DUE 2036 | | $7,110,000 |
| SKY CHEFS | SKY CHEFS SONDRA LEHMAN 6200 LONGHORN RD IRVING, TEXAS 75063 Tel: 972-793-9000 Fax: 972-793-9738 | TRADE DEBT | | $7,032,964 |
| ALLEGIS GROUP SERVICE INCORPORATED | ALLEGIS GROUP SERVICE INCORPORATED JIM DAVIS 7301 PARKWAY DRIVE HANOVER, MD  21076 Tel: 410-579-3000 Fax: 410-540-7556 | TRADE DEBT | | $6,930,422 |
| CHROMALLOY | CHROMALLOY ARMAND LAUZON 200 PARK AVE NEW YORK, NY 10166 Tel: 212-692-2087 Fax: 212-692-2645 | TRADE DEBT | | $5,648,368 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| CITGO PETROLEUM CORPORATION | CITGO PETROLEUM CORPORATION ALEJANDRO GRANADO AGRANAD@CITGO.COM 1293 ELDRIDGE PARKWAY HOUSTON, TEXAS 77077-1670 Tel: 832-486-4000 Fax: 713-570-5309 | TRADE DEBT | | $5,561,378 |
| WILMINGTON TRUST | WILMINGTON TRUST MICHAEL OLLER MIKEOLLER@WILMINGTONTRUST.COM RODNEY SQUARE NORTH, 1100 NORTH MARKET STREET WILMINGTON, DE  19890 Tel: 302-651-1000 Fax: 302-636-4145 | AMR DEBENTURES 9.80% DUE 2021 | | $5,065,000 |
| FLINT HILLS RESOURCES, LP | FLINT HILLS RESOURCES, LP BRADLEY RAZOOK BRAD.RAZOOK@FHR.COM 1401 ELM STREET, 5TH FLOOR DALLAS, TX  75284-0569 Tel: 316-828-3477 Fax: 316-828-8566 | TRADE DEBT | | $4,318,839 |
| AVIALL DISTRIBUTION SERVICES | AVIALL DISTRIBUTION SERVICES DAN KOMNENOVICH 2750 REGENT BLVD DFW AIRPORT, TX  75261 Tel: 972-586-1000 Fax: 972-586-1361 | TRADE DEBT | | $4,028,277 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| WORLD FUEL SERVICES | WORLD FUEL SERVICES PAUL H. STEBBINS PSTEBBINS@WFSCORP.COM 9800 NW. 41ST, SUITE 400 MIAMI, FL 33178 Tel: 305-428-8000 Fax: 305-392-5600 | TRADE DEBT | | $3,886,383 |
| MIAMI DADE COUNTY AVIATION DEPT | MIAMI DADE COUNTY AVIATION DEPT JOE A. MARTINEZ 4200 NW 36TH ST MIAMI, FL 33142 Tel: 305-876-0939 Fax: 305-876-0948 | TRADE DEBT | | $3,735,216 |
| THE BANK OF NEW YORK MELLON | THE BANK OF NEW YORK MELLON MARY MISELIS MARY.MISELIS@BNYMELLON.COM 101 BARCLAY STREET NEW YORK, NY 10286 Tel: 212-815-4812 Fax: 212-635-1799 | AMR MEDIUM TERM NOTES, SERIES B 10.55% DUE 2021 | | $3,725,000 |
| CITY OF CHICAGO | CITY OF CHICAGO RUFUS WILLIAMS 333 SOUTH STATE STREET CHICAGO, IL 60604-3976 Tel: 773-686-2200 Fax: 312-674-1915 | TRADE DEBT | | $3,481,770 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| ALLIED AVIATION | ALLIED AVIATION ROBERT L ROSE - PRESIDENT 462 7TH AVENUE, 17TH FL NEW YORK, NY 10018 Tel: 941-312-0303 Fax: 941-312-2484 | TRADE DEBT | | $3,422,995 |
| MORGAN STANLEY CAPITAL GROUP | MORGAN STANLEY CAPITAL GROUP STEVE KNOX STEVEN.KNOX@MORGANSTANLEY.COM 2000 WESTCHESTER AVENUE PURCHASE, NY  10577 Tel: 212-761-4000 Fax: 914-225-9301 | TRADE DEBT | | $3,322,781 |
| PETROBRAS DISTRIBUIDORA SA | PETROBRAS DISTRIBUIDORA SA CLAUDIO DISSENHA PORTES RUA GENERAL CANABARRO, 500 - 11 ANDAR MARACANA RIO DE JANEIRO - CEP 22271-900 Tel: 55 21 2354 4479 Fax: 55 21-3876-4990 | TRADE DEBT | | $3,013,278 |
| BCD TRAVEL USA LLC | BCD TRAVEL USA LLC JOOP DRECHSEL CEO@BCDTRAVEL.COM SIX CONCOURSE PARKWAY NORTHEAST ATLANTA, GA  30328 Tel: 678-441-5200 Fax: 404-846-3833 | TRADE DEBT | | $2,744,263 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| AIR TOTAL INTERNATIONAL | AIR TOTAL INTERNATIONAL<br>THIERRY DE FEYDEAU<br>THIERRY.DE-FEYDEAU@TOTAL.COM<br>LA DEFENSE CEDEX<br>PARIS, FRANCE  92907<br>Tel: 33 1 41 35 94 91<br>Fax: 33 1 41 35 72 21 | TRADE DEBT | | $2,712,890 |
| ROCKWELL INTERNATIONAL | ROCKWELL INTERNATIONAL<br>CLAYTON M. JONES<br>400 COLLINS ROAD NE<br>CEDAR RAPIDS, IA 52498<br>Tel: 319-295-1000<br>Fax: 319-295-1523 | TRADE DEBT | | $2,693,404 |
| ZODIAC, INC. | ZODIAC, INC.<br>OLIVIER ZARROUATI<br>OZARROUARI@ZODIAC.COM<br>ZODIAC - 2, RUE MAURICE MALLET<br>92130 ISSY-LES-MOULINCAUX - FRANCE<br>Tel: 33 (0) 1041023022060<br>Fax: 33 (0) 1 41 23 23 10 | TRADE DEBT | | $2,688,513 |
| THE BANK OF NEW YORK MELLON | THE BANK OF NEW YORK MELLON<br>MARY MISELIS<br>MARY.MISELIS@BNYMELLON.COM<br>101 BARCLAY STREET<br>NEW YORK, NY  10286<br>Tel: 212-815-4812<br>Fax: 212-635-1799 | AMR MEDIUM TERM NOTES, SERIES B 10.29% DUE 2021 | | $2,365,000 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|
| CARLSON WAGONLIT TRAVEL | CARLSON WAGONLIT TRAVEL DOUGLAS ANDERSON 701 CARLSON WAY, MAIL STOP 82 MINNEAPOLIS, MN 55305 Tel: 800-213-7295 Fax: 763-212-2409 | TRADE DEBT | | $2,510,485 |
| WEBER AIRCRAFT INCORPORATED | WEBER AIRCRAFT INCORPORATED JEFF JOHNSTON JEFF.JOHNSTON@ZODIACAEROSPACE.COM 2000 WEBER DR. GAINESVILLE, TX  76240 Tel: 940-668-4187 Fax: 940-668-4195 | TRADE DEBT | | $2,226,056 |
| EQUILON ENTERPRISES LLC | EQUILON ENTERPRISES LLC PETRA DREYER-DECHER PETRA.DREYER-DECHER@SHELL.COM DEUTSCHLAND OIL GMBH DIA/2 SUHRENKAMP 71-77 D-22284 HAMBURG Tel: 49-40-694-64-367 Fax: 49-40-671-03-897 | PREPAID FUEL SUPPLIERS | | $2,167,973 |

**DECLARATION UNDER PENALTY OF PERJURY:**

   I, the undersigned authorized officer of the corporation named as Debtor in this case, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding the 50 Largest Unsecured Claims and that the list is true and correct to the best of my information and belief.

Dated: November 29, 2011

        /s/ Kenneth W. Wimberly
        By: Kenneth W. Wimberly
        Title: Corporate Secretary

# AMR CORPORATION

## CERTIFICATE OF RESOLUTIONS

I, Kenneth W. Wimberly, solely in my capacity as Corporate Secretary of AMR Corporation (the "**Corporation**"), and not in an individual capacity, hereby certify that the following resolutions were duly adopted at a special meeting of the Board of Directors of the Corporation held on November 28, 2011 in accordance with the requirements of the Delaware General Corporation Law and the Corporation's charter and bylaws, that the attached resolutions are true, complete and correct as they appear, and that these resolutions have not been modified, amended, or rescinded and are still in full force and effect on this date:

Commencement of Chapter 11 Case

RESOLVED, that in the judgment of the Board of Directors of the Corporation, it is desirable and in the best interests of the Corporation, certain of its direct and indirect subsidiaries (the "**Filing Subsidiaries**"), and their respective creditors, employees, and other interested parties that petitions be filed by the Corporation and the Filing Subsidiaries seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED, that the Chairman, the Chief Executive Officer, the President, the General Counsel, the Chief Financial Officer, any other Executive or Senior Vice President, any Vice President (however designated), the Treasurer, the Corporate Secretary, any Assistant Corporate Secretary, and any other person designated and so authorized to act (each, an "**Authorized Officer**") of the Corporation is hereby authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") at such time as any of the Chief Executive Officer, the General Counsel or the Chief Financial Officer shall determine;

RESOLVED, that the Board of Directors sees no objection to each of the Filing Subsidiaries taking any and all action, including authorizing a filing in the Bankruptcy Court, and to executing and delivering all documents, agreements, motions and pleadings as are necessary, proper, or desirable to enable such Filing Subsidiary to carry out the filing in Bankruptcy Court contemplated hereby;

Retention of Advisors

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 is hereby employed as attorneys for the Corporation in the Corporation's chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the law firm of Paul Hastings LLP, 875 15th Street, N.W., Washington, DC 20005 is hereby employed as special counsel for the Corporation in the Corporation's chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the law firm of Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022 is hereby employed as special counsel for the Corporation in the Corporation's chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the law firm of Groom Law Group, Chartered, 1701 Pennsylvania Avenue, N.W., Washington, DC 20006 is hereby employed as special counsel for the Corporation in the Corporation's chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the firm of Rothschild Inc., 1251 Avenue of the Americas, 51st Floor, New York, New York 10020 is hereby employed as financial advisor for the Corporation in the Corporation's chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that any Authorized Officer is hereby authorized, empowered, and directed to execute and file in the Corporation's chapter 11 case, all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Corporation's chapter 11 case;

<u>General Authorization and Ratification</u>

RESOLVED, that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Corporation's chapter 11 case; and

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Corporation in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, I have hereunto set my hand this 28th day of November, 2011.

/s/ Kenneth W. Wimberly
Signature

Kenneth W. Wimberly
Name

Corporate Secretary
Title