**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**AMR CORPORATION,** *et al.***,**                               :    11-15463 (SHL)
                                                                 :
                                       Debtors.                  :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

### ORDER DENYING THE MOTION OF
### LAWRENCE MEADOWS FOR RELIEF FROM THE AUTOMATIC STAY

Upon the Motion, dated December 22, 2011 (the "**Motion**"), of Lawrence Meadows (the "**Movant**") for relief from the automatic stay; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the objection (the "**Objection**") of AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corporation, and certain of their subsidiaries, as debtors and debtors in possession (collectively, the "**Debtors**"), to the Motion having been filed on January 20, 2012; and a hearing having been held to consider the relief requested in the Motion and the Objection (the "**Hearing**"); and upon the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined for the reasons stated at the hearing that the Movant has not shown cause pursuant to section

US_ACTIVE:\43912050\01\14013.0139

2

362(d)(1) of the Bankruptcy Code to modify the automatic stay; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is hereby denied; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       **January 27, 2012**

                              /s/ Sean H. Lane
                              United States Bankruptcy Judge