# EXHIBIT C
# Duff & Phelps Invoice



Federal ID: 36-4090666

AMR Corporation
4333 Amon Carter Blvd
Fort Worth, TX 76155

| | |
|---|---|
| Invoice No: | AU00119826 |
| Sequence #: | 39719 |
| Client No: | 5925 |
| Invoice Date: | January 11, 2013 |
| Reference: | 41329 |
| Terms: | Payment Due Upon Receipt |

**Description**

Fixed fee for property tax compliance and administrative services payable in semi-annual installments for the 2012 tax year.

| | |
|---|---|
| **Contact:** | Robert Herman |
| Engagement No: | 41329 |
| Total Fees: | $ 50,000.00 |
| Total Expenses: | 0.00 |
| **Total Amount Due:** | **$ 50,000.00** |

---

Federal ID: 36-4090666

AMR Corporation
4333 Amon Carter Blvd
Fort Worth, TX 76155

| | |
|---|---|
| Invoice No: | AU00119826 |
| Sequence #: | 39719 |
| Client No: | 5925 |
| Invoice Date: | January 11, 2013 |
| Reference: | 41329 |
| Terms: | Payment Due Upon Receipt |

**Payment Via Wiring:**

DUFF & PHELPS, LLC
Bank of America
ABA: 026009593
Account #1233035833
SWIFT: BOFAUS3N

**Payment Via Lockbox:**

DUFF & PHELPS, LLC
12595 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**Total Amount Due:**  $ 50,000.00

Duff & Phelps

Project: AMR Compliance 2012

| Resource | Role | Activity | Task Desc | Tran Dt | Std Rt | Hours | Comments |
|---|---|---|---|---|---|---|---|
| Beck, Kathleen | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/01/12 | 100.00 | 3.00 | Review and validate Kaui County, HI tax bills for processing. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/01/12 | 350.00 | 0.25 | Review and validate Carson City, NV tax bills for processing. |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/01/12 | 350.00 | 0.50 | Review and validate Calgary, AB tax bills for processing. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/02/12 | 100.00 | 4.00 | Prepare various jurisdiction rendition filing. Scanning work papers for 2012 |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/02/12 | 350.00 | 0.50 | Review and validate Maui, HI tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/03/12 | 200.00 | 5.00 | MN state questions. Review NC notices. LA Caddo Certifications |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/03/12 | 100.00 | 2.00 | Review & validate CA tax bills for processing. |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/03/12 | 350.00 | 0.50 | Review and validate Monterey, CA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/06/12 | 200.00 | 6.00 | PR EX & EXGS Returns and TN Notices |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/06/12 | 100.00 | 4.00 | Prepare various jurisdiction rendition filing. Scanning work papers for 2012 |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/07/12 | 200.00 | 4.00 | PR EX & EXGS Returns |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/07/12 | 100.00 | 2.00 | Prepare various jurisdiction rendition filing. Scanning work papers for 2012 |
| Minott, Joseph | Vice President | 41329-001-01 | AMR 2012 Compliance | 08/07/12 | 660.00 | 6.00 | Assist with budgets, forecasts, recons. |
| Tanzy, Misti | Director | 41329-001-01 | AMR 2012 Compliance | 08/07/12 | 400.00 | 1.00 | This was for the status call. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/08/12 | 200.00 | 4.00 | KY State 2011 Audit |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/08/12 | 100.00 | 8.00 | Prepare various jurisdiction rendition filing. Scanning work papers for 2012 |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/09/12 | 200.00 | 4.00 | KY State 2011 Audit and MN Depr Questions |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/09/12 | 100.00 | 2.00 | Review & validate CA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/10/12 | 200.00 | 5.00 | MO, NC, TN summaries |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/10/12 | 100.00 | 2.00 | Review & validate CA tax bills for processing. |
| Heaton, Michael | Director | 41329-001-01 | AMR 2012 Compliance | 08/10/12 | 830.00 | 2.00 | Reviewing savings, call with Joe, call with Kristen. |

| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/10/12 | 350.00 | 0.50 | Review and validate Riverside, CA tax bills for processing. |
|---|---|---|---|---|---|---|---|
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/13/12 | 200.00 | 6.00 | State Work Papers |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/13/12 | 100.00 | 7.50 | Review & validate CA tax bills for processing. |
| Reese, Toby | Managing Director | 41329-001-01 | AMR 2012 Compliance | 08/13/12 | 805.00 | 1.00 | Assist with budgets, forecasts, recons. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/14/12 | 200.00 | 6.00 | State Work Papers |
| Reese, Toby | Managing Director | 41329-001-01 | AMR 2012 Compliance | 08/14/12 | 805.00 | 0.50 | Assist with budgets, forecasts, recons. |
| Beck, Kathleen | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/15/12 | 100.00 | 3.00 | Review and validate San Diego, CA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/15/12 | 200.00 | 6.00 | State Work Papers |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/15/12 | 100.00 | 4.00 | Review & validate AK, CA, CN, NE & VA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/16/12 | 200.00 | 6.00 | KY assessment notices |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/16/12 | 100.00 | 8.00 | Prepare various jurisdiction rendition filing. Boxing work papers & returns (all states) for storage. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/17/12 | 200.00 | 7.00 | KY assessment notices |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/17/12 | 350.00 | 0.50 | Review and validate Carson City, NV tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/20/12 | 200.00 | 7.00 | KY assessment notices |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/21/12 | 200.00 | 6.50 | KY assessment notices |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/21/12 | 100.00 | 1.00 | Review & validate NV & VA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/22/12 | 200.00 | 5.50 | Prepare NV CWIP reports & AR State appeals & Audit UT & AZ |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/22/12 | 100.00 | 7.00 | Review & validate KY tax bills for processing. Provide audit support for CA. Review Cook Co, IL assessment notices & distributions. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/23/12 | 200.00 | 2.00 | AA Regional Revenue Discussions & Audit UT & AZ |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/23/12 | 100.00 | 2.00 | Review & validate CN & NV tax bills for processing. Review FL assessment notices & distributions. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/24/12 | 200.00 | 3.00 | KY assessment notices |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/24/12 | 350.00 | 0.50 | Review and validate Muscogee, OK tax bills for processing. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/27/12 | 100.00 | 1.00 | Review FL assessment notices & distributions. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/27/12 | 350.00 | 0.75 | Review and validate Sacramento, CA tax bills for processing. |

| Name | Title | Code | Project | Date | Rate | Hours | Description |
|---|---|---|---|---|---|---|---|
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/28/12 | 200.00 | 2.00 | KY State 2011 Audit |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/28/12 | 100.00 | 2.00 | Prepare various jurisdiction rendition filing. Boxing work papers & returns (FL, AK, AZ, GA) for storage. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 08/29/12 | 200.00 | 1.00 | KY State 2011 Audit |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/29/12 | 100.00 | 2.00 | Review & validate CA & NC tax bills for processing. Review FL assessment notices & distributions. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/29/12 | 350.00 | 0.50 | Review and validate Orange County, CA tax bills for processing. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/30/12 | 100.00 | 3.50 | Review CA & FL assessment notices & distributions. Prepare various jurisdiction rendition filing. Boxing work papers & returns (TX) for storage. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/30/12 | 350.00 | 0.50 | Review and validate Honolulu, HI tax bills for processing. |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 08/31/12 | 350.00 | 0.50 | Review and validate Arlington County, VA tax bills for processing. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/04/12 | 100.00 | 4.00 | Review & validate WY tax bills for processing. |
| Liles, Travis | Vice President | 41329-001-01 | AMR 2012 Compliance | 09/05/12 | 325.00 | 1.00 | AMR Weekly Call |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/06/12 | 200.00 | 2.00 | 3Q ESTIMATES |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/06/12 | 100.00 | 0.50 | Review & validate WY tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/07/12 | 200.00 | 1.50 | 3Q ESTIMATES |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/07/12 | 350.00 | 0.50 | Review and validate Norfolk City, VA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/10/12 | 200.00 | 7.00 | 3Q ESTIMATES |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/10/12 | 350.00 | 0.50 | Review and validate Carson City, NV tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/11/12 | 200.00 | 7.00 | 3Q ESTIMATES |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/12/12 | 200.00 | 3.00 | State Work Papers & state assessment notice and distribution review |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/13/12 | 350.00 | 0.50 | Review and validate Monterey, CA tax bills for processing. |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/13/12 | 350.00 | 0.50 | Review and validate Riverside, CA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/17/12 | 200.00 | 3.00 | State Work Papers & state assessment notice and distribution review |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/17/12 | 350.00 | 1.00 | Review and validate Carson City, NV tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/18/12 | 200.00 | 3.00 | State Work Papers & state assessment notice and distribution review |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/18/12 | 350.00 | 0.25 | Review and validate Sacramento, CA tax bills for processing. |

| Name | Title | Code | Matter | Date | Rate | Hours | Description |
|---|---|---|---|---|---|---|---|
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/19/12 | 200.00 | 3.00 | State Work Papers & state assessment notice and distribution review |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/19/12 | 350.00 | 0.50 | Review and validate Honolulu, HI tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/20/12 | 200.00 | 1.00 | State Work Papers & state assessment notice and distribution review |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/21/12 | 200.00 | 1.00 | State Work Papers & state assessment notice and distribution review |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/24/12 | 200.00 | 1.00 | State Work Papers & state assessment notice and distribution review |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/24/12 | 100.00 | 4.00 | Review & validate AZ, CN & TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/25/12 | 200.00 | 3.75 | State Work Papers & state assessment notice and distribution review |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/25/12 | 100.00 | 3.00 | Review CA assessment notices & distributions. Provide audit support for CA. |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/25/12 | 350.00 | 0.50 | Review and validate Bexar County, TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/26/12 | 200.00 | 3.00 | State Work Papers & state assessment notice and distribution review |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/26/12 | 100.00 | 1.00 | Review & validate AZ, CN & TX tax bills for processing. Provide audit support for CA. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/27/12 | 200.00 | 3.00 | State Work Papers & state assessment notice and distribution review |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/27/12 | 100.00 | 2.00 | Review & validate CN & GA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 09/28/12 | 200.00 | 2.00 | State Work Papers & state assessment notice and distribution review |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 09/28/12 | 100.00 | 0.25 | Review & validate GA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/01/12 | 200.00 | 6.00 | Assist with budget, forecasts and reconciliations. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/02/12 | 200.00 | 6.00 | Assist with budget, forecasts and reconciliations. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/02/12 | 100.00 | 1.00 | Data Reconciliation & Import - Ground CT assets |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/02/12 | 350.00 | 0.50 | Review and validate Muscogee, OK tax bills for processing. |
| Tanzy, Misti | Director | 41329-001-01 | AMR 2012 Compliance | 10/02/12 | 400.00 | 0.50 | This was for the status call |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/03/12 | 200.00 | 6.50 | Assist with budget, forecasts and reconciliations. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/04/12 | 200.00 | 7.00 | Assist with budget, forecasts and reconciliations. |
| George, Tamara | Executive Assistant | 41329-001-01 | AMR 2012 Compliance | 10/04/12 | 60.00 | 0.25 | Assist with budgets, forecasts and reconciliations. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/05/12 | 200.00 | 7.00 | Assist with budget, forecasts and reconciliations. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/08/12 | 200.00 | 7.00 | Assist with budget, forecasts and reconciliations. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/08/12 | 100.00 | 1.00 | Data Reconciliation & Import - Ground CT assets |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/08/12 | 350.00 | 0.25 | Review and validate Sacramento, CA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/09/12 | 200.00 | 7.00 | Assist with budget, forecasts and reconciliations. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/09/12 | 100.00 | 4.00 | Review & validate AL, CA, CN, SC & TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/10/12 | 200.00 | 7.00 | Assist with budget, forecasts and reconciliations. State distributions |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/10/12 | 100.00 | 7.00 | Review & validate TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/11/12 | 200.00 | 7.00 | Assist with budget, forecasts and reconciliations. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/11/12 | 350.00 | 0.50 | Review and validate Orange County, CA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/12/12 | 200.00 | 7.00 | Assist with budget, forecasts and reconciliations. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/12/12 | 100.00 | 2.00 | Review & validate AL, CA & TX tax bills for processing. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/15/12 | 350.00 | 0.50 | Review and validate Monterey, CA tax bills for processing. |
| Minott, Joseph | Vice President | 41329-001-01 | AMR 2012 Compliance | 10/16/12 | 660.00 | 8.00 | Assist with budgets, forecasts, recons. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/16/12 | 350.00 | 1.00 | Review and validate Arlington County, VA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/17/12 | 200.00 | 3.00 | Assist with budget, forecasts and reconciliations. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/18/12 | 200.00 | 4.00 | Assist with budget, forecasts and reconciliations. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/18/12 | 350.00 | 0.75 | Review and validate Bexar County, TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/19/12 | 200.00 | 5.00 | Assist with budget, forecasts and reconciliations. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/19/12 | 100.00 | 2.50 | Review & validate AL, CA, NC & TX tax bills for processing. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/19/12 | 350.00 | 0.25 | Review and validate Escambia County, FL tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/22/12 | 200.00 | 3.00 | Assist with budget, forecasts and reconciliations. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/22/12 | 100.00 | 9.00 | Review & validate AL, CA, NC & TX tax bills for processing. |
| Liles, Travis | Vice President | 41329-001-01 | AMR 2012 Compliance | 10/22/12 | 325.00 | 0.50 | Budget Teleconference |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/23/12 | 200.00 | 5.00 | Assist with budget, forecasts and reconciliations. Tax bill approvals. |

| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/24/12 | 200.00 | 4.00 | Assist with budget, forecasts and reconciliations. Asset Accounting teleconference. |
|---|---|---|---|---|---|---|---|
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/24/12 | 100.00 | 4.00 | Review & validate AL, CA, MO, NC, OR, SC & TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/25/12 | 200.00 | 2.00 | Assist with budget, forecasts and reconciliations. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/25/12 | 100.00 | 4.00 | Review & validate AL, CA, MO, NC, OR, SC & TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/26/12 | 200.00 | 2.00 | Assist with budget, forecasts and reconciliations. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/29/12 | 200.00 | 4.00 | Assist with budget, forecasts and reconciliations. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/29/12 | 100.00 | 2.50 | Review & validate AL, CA, CN, & TX tax bills for processing. Prepare CT jurisdiction rendition filing. |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/29/12 | 350.00 | 0.50 | Review and validate Los Angeles County tax bills for processing. |
| Tanzy, Misti | Director | 41329-001-01 | AMR 2012 Compliance | 10/29/12 | 400.00 | 1.00 | Prepare CT returns (Review). |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/30/12 | 100.00 | 2.00 | Prepare CT jurisdiction rendition filing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 10/31/12 | 200.00 | 3.00 | Assist with budget, forecasts and reconciliations. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/31/12 | 100.00 | 4.00 | Review & validate CN, NC, SC, & TX tax bills for processing. |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 10/31/12 | 350.00 | 0.50 | Review and validate Los Angeles County tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/01/12 | 200.00 | 3.00 | Tax bill approvals |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 11/01/12 | 100.00 | 0.50 | Review & validate TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/02/12 | 200.00 | 3.00 | Tax bill approvals |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/05/12 | 200.00 | 4.00 | Tax bill approvals / State Distributions |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/06/12 | 200.00 | 4.00 | State distributions |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/07/12 | 200.00 | 4.00 | Assist with budget, forecasts and reconciliations. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 11/07/12 | 100.00 | 2.00 | Review & validate CN, GA & NC tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/08/12 | 200.00 | 3.00 | NV 12 mo CWIP Reports |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/09/12 | 200.00 | 3.00 | Tax bill approvals |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 11/12/12 | 350.00 | 0.25 | Review and validate Los Angeles County tax bills for processing. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 11/13/12 | 350.00 | 0.50 | Review and validate Los Angeles County tax bills for processing. |

| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/14/12 | 200.00 | 3.00 | Tax bill approvals |
|---|---|---|---|---|---|---|---|
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 11/14/12 | 350.00 | 0.25 | Review and validate Los Angeles County tax bills for processing. |
| Tanzy, Misti | Director | 41329-001-01 | AMR 2012 Compliance | 11/14/12 | 400.00 | 5.00 | Client meeting at AMR with Bob and Tab, Ricky, Kathleen and James |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/15/12 | 200.00 | 2.00 | AMR 2014 discussions |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 11/16/12 | 350.00 | 0.50 | Review and validate Los Angeles County tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/19/12 | 200.00 | 3.00 | 2014 Returns & Asset Questions |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 11/19/12 | 100.00 | 4.00 | Review & validate FL, MO, SC, TX & UT tax bills for processing. |
| Tanzy, Misti | Director | 41329-001-01 | AMR 2012 Compliance | 11/19/12 | 400.00 | 1.00 | Internal call and client call regarding fresh start costs. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/20/12 | 200.00 | 1.00 | Tarrant Co fleet data |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 11/21/12 | 100.00 | 4.00 | Review & validate FL tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/26/12 | 200.00 | 3.00 | 2013 prep |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/27/12 | 200.00 | 2.00 | 2013 prep / 2012 SC AE Tax and notices discussion |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/28/12 | 200.00 | 4.00 | Tax bill approvals |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/29/12 | 200.00 | 4.00 | State distributions |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 11/29/12 | 100.00 | 2.00 | Review & validate OK, NM, SC & TX tax bills for processing. |
| Beck, Kathleen | Analyst | 41329-001-01 | AMR 2012 Compliance | 11/30/12 | 100.00 | 2.00 | Review and validate Los Angeles County tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 11/30/12 | 200.00 | 3.00 | CA SDR discussions and data pull |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/03/12 | 200.00 | 6.00 | 4 Q Estimates |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/03/12 | 100.00 | 1.00 | Review & validate TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/04/12 | 200.00 | 6.00 | 4 Q Estimates |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/05/12 | 200.00 | 6.00 | 4 Q Estimates |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/06/12 | 200.00 | 6.00 | 4 Q Estimates |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/06/12 | 100.00 | 6.50 | Review & validate CN, LA, MO, NM, OK, SC & TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/07/12 | 200.00 | 6.00 | 4 Q Estimates |

| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/07/12 | 100.00 | 1.00 | Review & validate NM tax bills for processing. |
|---|---|---|---|---|---|---|---|
| Beck, Kathleen | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/08/12 | 100.00 | 2.00 | Review and validate Bexar County, TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/10/12 | 200.00 | 6.00 | 4 Q Estimates |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/10/12 | 350.00 | 0.25 | Review and validate Bexar County, TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/11/12 | 200.00 | 6.00 | 4 Q Estimates |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/11/12 | 350.00 | 0.25 | Review and validate Bexar County, TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/12/12 | 200.00 | 6.00 | Review KY assessment notices. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/12/12 | 100.00 | 3.50 | Review & validate TX, GA, LA, NC & MI tax bills for processing. |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/12/12 | 350.00 | 1.00 | Review and validate Bexar County, TX tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/13/12 | 200.00 | 6.00 | Review KY assessment notices. |
| Estrada, Rachel | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/13/12 | 100.00 | 1.00 | Review & validate LA, MS, MI, NC & TX tax bills for processing. |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/13/12 | 350.00 | 0.25 | Review and validate Norfolk City, VA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/14/12 | 200.00 | 6.00 | Review KY assessment notices. Review of test asset files |
| Liles, Travis | Vice President | 41329-001-01 | AMR 2012 Compliance | 12/14/12 | 325.00 | 0.50 | 2013 Asset Test File |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/14/12 | 350.00 | 0.50 | Review and validate Carson City, NV tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/17/12 | 200.00 | 6.00 | 2013 Prep |
| Socolov, Elsie Ann | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/17/12 | 350.00 | 0.25 | Review and validate Arlington County, VA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/18/12 | 200.00 | 6.00 | Tax bill approvals & 2013 Prep |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/19/12 | 200.00 | 4.00 | Tax bill approvals |
| Spriestersbach, Demaris | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/19/12 | 350.00 | 1.00 | Review and validate Monterey, CA tax bills for processing. |
| Beck, Kathleen | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/20/12 | 100.00 | 1.50 | Review and validate Norfolk City, VA tax bills for processing. |
| Cerefice, Kristen_Sharma | Senior Associate | 41329-001-01 | AMR 2012 Compliance | 12/20/12 | 200.00 | 3.00 | Tax bill approvals |
| Beck, Kathleen | Analyst | 41329-001-01 | AMR 2012 Compliance | 12/27/12 | 100.00 | 1.00 | Review and validate Bexar County, TX tax bills for processing. |
| | | | | | | 566.25 | |