UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :          Chapter 11 Case No.
                                                                 :
AMR CORPORATION, *et al.*,                                       :          11-15463 (SHL)
                                                                 :
                             Debtors.                            :          (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF FILING OF THIRD ADDENDUM TO PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN

PLEASE TAKE NOTICE THAT:

On July 19, 2013, AMR Corporation and its related debtors, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the Plan Supplement (the "**Initial Plan Supplement**") (ECF No. 9231) in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated June 5, 2013 (as may be amended, modified, or supplemented, the "**Plan**").

On August 13, 2013, the Debtors filed the First Addendum to Plan Supplement (the "**First Addendum**") (ECF No. 9671) and the Second Addendum to the Plan Supplement (the "**Second Addendum**") (ECF No. 9675).  On August 9, the Debtors filed notices of the amended schedules to the Plan Supplement listed below (collectively, the "**Third Addendum**", and together with the Initial Plan Supplement, First Addendum and Second Addendum, the "**Plan Supplement**"). The amended schedules contained in the Third Addendum are integral to and part of the Plan.

Consistent with the terms of the Plan, the Debtors reserve the right to alter, amend, modify, or supplement any document in the Plan Supplement.

The Plan Supplement can be viewed for free at the Debtors' claims agent's website www.amrcaseinfo.com or for a fee on the Bankruptcy Court's website at http://nysb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://pacer.psc.uscourts.gov. To obtain a hard copy of the Plan Supplement, please contact the Debtors' voting agent, GCG, Inc., at 1-888-285-9438 (domestic toll-free) or 1-440-389-7498 (international).

The Third Addendum is comprised of the following amended schedules:

- **ECF No. 9564**: Amended version of **Schedule 8.1(c)(1)** of the Plan Supplement listing the executory contracts and unexpired leases relating to Aircraft Equipment that the Debtors intend to assume or assume and assign. (Amends and supersedes **Exhibit E3** to the Initial Plan Supplement.)

- **ECF No. 9565**: Amended version of **Schedule 8.1(c)(2)** of the Plan listing the executory contracts and unexpired leases relating to Aircraft Equipment that the Debtors intend to reject. (Amends and supersedes **Exhibit E4** to the Initial Plan Supplement.)

- **ECF No. 9567**: Amended version of **Schedule 8.1(c)(3)** to the Plan Supplement listing certain executory contracts and unexpired leases relating to Aircraft Equipment that the Debtors designated as "Deferred". (Amends and supersedes **Exhibit E5** to the Initial Plan Supplement.)

- **ECF No. 9568**:

  o Amended version of the **Schedule of Postpetition Aircraft Agreements**. (Amends and supersedes **Exhibit F** to the Initial Plan Supplement.)

  o Amended version of the **Schedule of Aircraft Securities**. (Amends and supersedes **Exhibit M** to the Initial Plan Supplement.)

Dated:   New York, New York
         August 14, 2013

                                        */s/ Jasmine Ball*
                                        _____
                                        Michael E. Wiles
                                        Richard F. Hahn
                                        Jasmine Ball
                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Avenue
                                        New York, New York 10022
                                        Telephone:    (212) 909-6000
                                        Facsimile:    (212) 909-6836
                                        Special Aircraft Counsel for Debtors
                                        and Debtors in Possession