UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                         :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| AMR CORPORATION, *et al.*, | : | 11-15463 (SHL) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AMENDED NOTICE OF MATTERS SCHEDULED FOR
## <u>SEPTEMBER 12, 2013 AT 11:00 A.M. (EASTERN TIME)</u>
## (THIRTY-FIFTH OMNIBUS HEARING)

**Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Sean H. Lane, United States Bankruptcy Judge, Courtroom 701, One Bowling Green, New York, NY 10004-1408**

## I.    STATUS CONFERENCE

1.    Entry of Order Confirming Debtors' Third Amended Joint Chapter 11 Plan

<u>Responses Filed</u>:

A.    Debtors' Memorandum of Law Regarding Impact of Department of Justice Action on Entry of Order Confirming Debtors' Third Amended Joint Chapter 11 Plan (**ECF No. 9924**)

B.    Supplemental Submission of the Official Committee of Unsecured Creditors Supporting Immediate Entry of Confirmation Order with Respect to the Debtors' Third Amended Joint Chapter 11 Plan (Docket No. 9749) (**ECF No. 9927**)

C.    Ad Hoc Committee of AMR Corporation Creditors' Supplemental Statement in Support of Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan (**ECF No. 9928**)

D.    Joinder of Certain Indenture Trustees to (I) the Debtors' Memorandum of Law Regarding Impact of Department of Justice Action on Entry of Order Confirming Debtors' Third Amended Joint Chapter 11 Plan, (II) the Official Committee of Unsecured Creditors' Supplemental Submission in Support of Immediate Entry of Confirmation Order With Respect to the Debtors' Third Amended Joint Chapter 11 Plan, and (III) the Ad Hoc Committee of AMR Corporation Creditors' Supplemental Statement in Support of Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan (**ECF No. 9936**)

    E.        Statement of Transport Workers Union of America, AFL-CIO in Support of Confirmation of Debtors' Second Amended Joint Chapter 11 Plan (**ECF No. 9897**)

    F.        The Association of Professional Flight Attendants' Statement Joining with Debtors and Creditors' Committee in Support of Immediate Confirmation of the Plan (**ECF No. 9929**)

    G.        Statement of the United States of America (**ECF No. 9923**)

    H.        Memorandum of Points and Authorities re Failure of AMR and Related Entities to Comply with Bkrtcy. C. § 1129(a)(11) Filed by the Clayton Plaintiffs (**ECF No. 9915**); as supplemented (**ECF No. 9937**)

    I.        Objection to Findings of Fact, Conclusions of Law, and Order Pursuant to Sections 1129(a) and (b) of the Bankruptcy Code and Rule 3020 of the Federal Rules of Bankruptcy Procedure Confirming Debtors' Third Amended Joint Chapter 11 Plan File by the Plaintiffs in the Case of Fjord v. US Airways (**ECF No. 10034**)

    J.        Debtors' Reply to Objection of Carolyn Fjord *et al*. to Order Confirming Debtors' Third Amended Joint Chapter 11 Plan (**ECF No. 10060**)

    K.        Response to Debtors' Reply to Objection of Carolyn Fjord *et al.* to Order Confirming Debtors' Third Amended Joint Chapter 11 Plan (**ECF No. 10065**)

**Status**:       This matter is going forward.

Additional Documents:

    L.        Debtors' Second Amended Joint Chapter 11 Plan (**ECF No. 8590**)

    M.        Technical Amendments to Debtors' Second Amended Joint Chapter 11 Plan (**ECF No. 9656**)

    N.        Modified Technical Amendments to Debtors' Second Amended Joint Chapter 11 Plan (**ECF No. 9749**)

**Status**:       This matter is going forward.

## II.   ADVERSARY PROCEEDING:  Fjord, *et al.*, v. AMR Corporation, *et al.*, Adv. Pro. No. 13-01392-SHL

    1.        Pretrial Conference (**Adv. Pro. ECF No. 1**)

Response Filed:

    A.        Defendant US Airways' Answer to Complaint for Injunctive Relief against Violation of Section 7 of the Clayton Antitrust Act (**Adv. Pro. ECF No. 32**)

US_ACTIVE:\44324705\5\14013.0139

Related Documents:

B.      Summons with Notice of Pre-Trial Conference (**Adv. Pro. ECF No. 2**)

C.      Ex Parte Application for Order Advancing Status Conference and Setting Trial and Discovery Schedule (**Adv. Pro. ECF No. 4**)

D.      Order Setting Time and Date for Response to Plaintiffs' Ex Parte Motion and Setting Hearing Date (**Adv. Pro. ECF No. 6**)

E.      Memorandum of Points and Authorities in support of Ex Parte Application for Order Advancing Status Conference and Setting Trial and Discovery Schedule (**Adv. Pro. ECF No. 8**)

F.      Defendants' Response in Opposition to Plaintiffs' "Motion for Temporary Restraining Order" (Ex Parte Application for Order Advancing Status Conference and Setting Trial and Discovery Schedule) (**Adv. Pro. ECF No. 17**)

G.      Objection of the Official Committee of Unsecured Creditors to Plaintiffs' Ex Parte Application for Order Advancing Status Conference and Setting Trial and Discovery Schedule (**Adv. Pro. ECF No. 20**)

H.      Notice of Filing Form 8-K Current Report (**Adv. Pro. ECF No. 24**)

I.      Motion to Withdraw Reference under 28 U.S.C. § 157(d) (**Adv. Pro. ECF No. 29**)

J.      Civil Cover Sheet from U.S. District Court (**Adv. Pro. ECF No. 30**)

K.      Order Granting Expedited Motion of the Official Committee of Unsecured Creditors to Intervene in the Adversary Proceeding and for Leave to File Response to Plaintiffs' Ex Parte Application for Order Advancing Status Conference and Setting Trial and Discovery Schedule (**Adv. Pro. ECF No. 31**)

**Status:**      This matter is going forward.

## III.    INTERIM FEE APPLICATIONS

1.      Third Interim Fee Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Retiree Committee for the Period from December 1, 2012 through March 31, 2013 (**ECF No. 8242**)

Responses Filed:

A.      Objection of Debtors to Third Interim Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Retiree

3

Committee for the Period from December 1, 2012 through March 31, 2013 (**ECF No. 10045**)

Replies Filed:

    B.    Jenner & Block LLP's Reply To The Debtors Objection To The Third Interim Application Of Jenner & Block LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Counsel For The Retiree Committee For The Period From December 1, 2012 Through March 31, 2013 (**ECF No. 10063**)

Additional Documents:

    C.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

    D.    **Supplement to the Fee Examiner's Consolidated Final Report [Docket No. 10044] With Respect to the Fee Examiner's Comments on the Debtors' Objections to: (I) the Final Fee Application of Dewey & LeBoeuf LLP; and (II) the Third Interim Fee Application of Jenner & Block LLP (ECF No. 10073)**

    <u>**Status**</u>:    **This matter is going forward except with respect to the fees that are not subject to the Debtors' objection.  A hearing with respect to those fees has been adjourned to October 16, 2013 at 11:00 a.m.**

2.    **Third Interim Application of Bernstein, Shur, Sawyer & Nelson, P.A., Counsel to the Fee Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2012 Through March 31, 2013 (ECF No. 8352)**

    <u>**Responses Filed:**</u>    **None to date.**

    <u>**Replies Filed:**</u>    **None to date.**

    <u>**Additional Documents:**</u>    **None to date.**

    <u>**Status:**</u>    **This matter is going forward.**

3.    **Third Interim Application of Robert J. Keach, as Fee Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2012 through March 31, 2013 (ECF No. 8369)**

    <u>**Responses Filed:**</u>    **None to date.**

    <u>**Replies Filed:**</u>    **None to date.**

    <u>**Additional Documents:**</u>    **None to date.**

4

**Status:**            **This matter is going forward.**

4.      **Second Application for Interim Professional Compensation of the Section
        1114 Committee of Retired Employees for Reimbursement of Expenses
        Incurred by Individual Committee members for the Period December 1,
        2012 through March 31, 2013 (ECF No. 8525)**

> **Responses Filed:**        **None to date.**
>
> **Replies Filed:**          **None to date.**
>
> **Additional Documents:**   **None to date.**
>
> **Status:**                 **This matter is going forward.**

5.      **Fourth Omnibus Application of the Official Committee of Unsecured
        Creditors for Reimbursement of Expenses Incurred by Individual
        Committee Members for the Period December 1, 2012 through March 31,
        2013 (ECF No. 8517)**

> **Responses Filed:**        **None to date.**
>
> **Replies Filed:**          **None to date.**
>
> **Additional Documents:**   **None to date.**
>
> **Status:**                 **This matter is going forward solely with respect to the
>                             expenses of individual committee members that are not subject
>                             to objection by the Debtors. A hearing on the balance of the
>                             expenses has been adjourned to October 16, 2013 at 11:00 a.m.**

6.      First Application of Bill Isenegger Ackermann AG, as Special Counsel for the
        Debtors, for Interim Allowance of Compensation for Professional Services
        Rendered and Reimbursement of Actual and Necessary Expenses Incurred From
        May 1, 2012 through March 31, 2013 (**ECF No. 8354**)

> Responses Filed:        None to date.
>
> Replies Filed:          None to date.
>
> Additional Documents:
>
> A.      Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim
>         Fee Applications of Certain Retained Professionals for the Period From
>         December 1, 2012 Through March 31, 2013 and (II) Certain Additional
>         Fee Applications (**ECF No. 10044**)
>
> **Status**:              This matter is going forward.

7.      Fourth Interim Fee Application for Compensation for Services Rendered and
        Reimbursement of Expenses of Brinks Hofer Gilson & Lione as Intellectual

5

Property Counsel for the Debtors for the Period of December 1, 2012 Through
March 31, 2013 (**ECF No. 8121**)

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Documents:

    A.   Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim
Fee Applications of Certain Retained Professionals for the Period From
December 1, 2012 Through March 31, 2013 and (II) Certain Additional
Fee Applications (**ECF No. 10044**)

    **Status**:    This matter is going forward.

8.   First Interim Application of Cooley LLP, Special Counsel for the Debtors and
Debtors-in-Possession, for Compensation and Reimbursement of Expenses
Incurred for the Period from May 21, 2012 through July 31, 2012 (**ECF No.
4482**)

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Documents:

    A.   Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim
Fee Applications of Certain Retained Professionals for the Period From
December 1, 2012 Through March 31, 2013 and (II) Certain Additional
Fee Applications (**ECF No. 10044**)

    **Status**:    This matter is going forward.

9.   First Application of Covington & Burling LLP for Interim Allowance of
Compensation for Professional Services Rendered and Reimbursement of
Actual and Necessary Expenses Incurred as Ordinary Course Professional (**ECF
No. 8188**)

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Documents:

    A.   Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim
Fee Applications of Certain Retained Professionals for the Period From
December 1, 2012 Through March 31, 2013 and (II) Certain Additional
Fee Applications (**ECF No. 10044**)

    **Status**:    This matter is going forward.

US_ACTIVE:\44324705\5\14013.0139

10.    Second Application of Covington & Burling LLP for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 1, 2012, through March 31, 2013 (**ECF No. 8337**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

    **Status**:    This matter is going forward.

11.    Fourth Interim Application of Epiq Bankruptcy Solutions, LLC, as Information Agent for the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through March 31, 2013 (**ECF No. 8521**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

    **Status**:    This matter is going forward.

12.    Fourth Interim Fee Application of GCG, Inc., as Administrative Agent for the Debtors, for Allowance of Compensation Incurred for the Period of December 1, 2012 through March 31, 2013 (**ECF No. 8533**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

**Status**:          This matter is going forward.

13.      Fourth Application of Harris, Finley & Bogle, P.C., as Special Litigation
         Counsel for the Debtors, for Interim Allowance of Compensation for
         Professional Services Rendered and Reimbursement of Actual and Necessary
         Expenses Incurred from December 1, 2012 through March 31, 2013 (**ECF No.
         8482**)

     Responses Filed:          None to date.

     Replies Filed:          None to date.

     Additional Documents:

    A.     Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim
         Fee Applications of Certain Retained Professionals for the Period From
         December 1, 2012 Through March 31, 2013 and (II) Certain Additional
         Fee Applications (**ECF No. 10044**)

    **Status**:          This matter is going forward.

14.      First Interim Application of Hay Group, Inc. for Interim Allowance of
         Compensation for Services Rendered and Reimbursement of Expenses Incurred
         as Financial Advisors to the Official Committee of Unsecured Creditors for the
         Period from January 2, 2013 through March 31, 2013 (**ECF No. 8526**)

     Responses Filed:          None to date.

     Replies Filed:          None to date.

     Additional Documents:

    A.     Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim
         Fee Applications of Certain Retained Professionals for the Period From
         December 1, 2012 Through March 31, 2013 and (II) Certain Additional
         Fee Applications (**ECF No. 10044**)

    **Status**:          This matter is going forward.

15.      Fourth Application for Interim Professional Compensation of Haynes and
         Boone, LLP, Special Counsel for the Debtors, for Allowance of Compensation
         for Professional Services Rendered and Reimbursement of Actual and
         Necessary Expenses Incurred From December 1, 2012 Through March 31, 2013
         (**ECF No. 8478**)

     Responses Filed:          None to date.

     Replies Filed:          None to date.

     Additional Documents:

8

A. Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

**Status**: This matter is going forward.

16. Second Interim Application of Husch Blackwell LLP for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through March 31, 2013 (**ECF No. 8457**)

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents:

A. Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

**Status**: This matter is going forward.

17. First Application of K&L Gates LLP, as Special Counsel for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from January 1, 2013 through March 31, 2013 (**ECF No. 8460**)

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents:

A. Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

**Status**: This matter is going forward.

18. Fourth Application of Kelly Hart & Hallman LLP, as Special Litigation Counsel for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through March 31, 2013 (**ECF No. 8481**)

Responses Filed: None to date.

Replies Filed: None to date.

9

Additional Documents:

    A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

**Status**:        This matter is going forward.

19.    Fourth Fee Application of KPMG LLP, as Tax Compliance and Tax Consultants for the Debtors', for Interim Allowance and Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through March 31, 2013 (**ECF No. 8492**)

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:

    A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

**Status**:        This matter is going forward.

20.    First Application of Linklaters LLP, as Special Counsel for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 19, 2012 through March 31, 2013 (**ECF No. 8835**)

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:

    A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

**Status**:        This matter is going forward.

21.    Fourth Application of McKinsey Recovery & Transformation Services U.S., LLC, McKinsey & Company, Inc. United States, McKinsey & Company, Inc. Japan, McKinsey & Company Canada, McKinsey & Company, Inc. Belgium, McKinsey & Company, Inc. Italy, and McKinsey & Company, S.L. for Compensation for Services Rendered, Reimbursement of Expenses Incurred and

US_ACTIVE:\44324705\5\14013.0139

Payment of Holdback as Management Consultants for Debtors for The Period December 1, 2012 Through March 31, 2013 (**ECF No. 8569**)

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:

    A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

**Status**:              This matter is going forward.

22.    Fourth Interim Application of Mesirow Financial Consulting, LLC for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from December 1, 2012 through March 31, 2013 (**ECF No. 8523**)

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:

    A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

**Status**:              This matter is going forward.

23.    Fourth Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from December 1, 2012 through March 31, 2012 (**ECF No. 8524**)

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:

    A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

US_ACTIVE:\44324705\5\14013.0139

**Status**:          This matter is going forward.

24.   Fourth Application of Morgan, Lewis & Bockius LLP for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through March 31, 2013 (**ECF No. 8199**)

   Responses Filed:              None to date.

   Replies Filed:                None to date.

   Additional Documents:

      A.   Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

   **Status**:          This matter is going forward.

25.   Fourth Interim Application of Paul Hastings LLP, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2012 through March 31, 2013 (**ECF No. 8471**)

   Responses Filed:              None to date.

   Replies Filed:                None to date.

   Additional Documents:

      A.   Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

   **Status**:          This matter is going forward.

26.   Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Sheppard, Mullin, Richter and Hampton, LLP as Special Counsel to the Debtors (**ECF No. 8204**)

   Responses Filed:              None to date.

   Replies Filed:                None to date.

   Additional Documents:

      A.   Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

US_ACTIVE:\44324705\5\14013.0139

**Status**:          This matter is going forward.

27.    First Application of Shook, Hardy & Bacon L.L.P., as Counsel for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for December 2011, and January, March, April, June 2012 (**ECF No. 7425**)

   Responses Filed:          None to date.

   Replies Filed:          None to date.

   Additional Documents:

      A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

   **Status**:          This matter is going forward.

28.    Fourth Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel to the Official Committee of Unsecured Creditors', Seeking Allowance and Payment of Interim Compensation and Reimbursement of Expenses Under 11 U.S.C. Sections 330 and 331 (**ECF No. 8515**)

   Responses Filed:          None to date.

   Replies Filed:          None to date.

   Additional Documents:

      A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

   **Status**:          This matter is going forward.

29.    Second Application for Interim Professional Compensation of The Segal Company as Actuarial Consultants to the Section 1114 Committee of Retired Employees for Allowance of Compensation and Reimbursement of Expenses for the Period of December 1, 2012 through March 31, 2013 (**ECF No. 8451**)

   Responses Filed:          None to date.

   Replies Filed:          None to date.

   Additional Documents:

      A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From

13

December 1, 2012 Through March 31, 2013 and (II) Certain Additional
Fee Applications (**ECF No. 10044**)

**Status**:          This matter is going forward.

30.    Fourth Interim Application of Togut, Segal & Segal LLP, as Co-Counsel to the
Official Committee of Unsecured Creditors, for Allowance of Compensation for
Services Rendered and for Reimbursement of Expenses, for the Period
December 1, 2012 through March 31, 2013 (**ECF No. 8518**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:

A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim
Fee Applications of Certain Retained Professionals for the Period From
December 1, 2012 Through March 31, 2013 and (II) Certain Additional
Fee Applications (**ECF No. 10044**)

**Status**:          This matter is going forward.

31.    Fourth Application of Winstead PC, as Special Counsel for the Debtors', for
Interim Allowance of Compensation for Professional Services Rendered and
Reimbursement of Actual and Necessary Expenses Incurred from December 1,
2012 through March 31, 2013 (**ECF No. 8493**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:

A.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim
Fee Applications of Certain Retained Professionals for the Period From
December 1, 2012 Through March 31, 2013 and (II) Certain Additional
Fee Applications (**ECF No. 10044**)

**Status**:          This matter is going forward.

32.    Fourth Application of Yetter Coleman LLP, as Special Counsel for the Debtors',
for Interim Allowance of Compensation for Professional Services Rendered and
Reimbursement of Actual and Necessary Expenses Incurred from December 1,
2012 through March 31, 2013 (**ECF No. 8491**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:

14

    A.     Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

    <u>**Status**</u>:       This matter is going forward.

33.    Second Application for Interim Professional Compensation of Zolfo Cooper LLC, as Bankruptcy Consultants and Financial Advisors to the Official Committee of Retired Employees of AMR Corporation, et al. for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period December 1, 2012 through March 31, 2013 (**ECF No. 8477**)

    <u>Responses Filed</u>:      None to date.

    <u>Replies Filed</u>:      None to date.

    <u>Additional Documents</u>:

    A.     Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

    <u>**Status**</u>:       This matter is going forward.

## IV.   UNCONTESTED MATTERS

1.    Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) for Authority to Expand the Scope of Employment and Retention of Grant Thornton LLP as Consultants for the Debtors (**ECF No. 9895**)

    <u>Responses Filed</u>:      None to date.

    <u>Replies Filed</u>:      None to date.

    <u>Additional Documents</u>:      None to date.

    <u>**Status**</u>:       This matter is going forward.

2.    Thirty-First Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and LBR 6006-1 Authorizing Assumption of Certain Unexpired Leases of Nonresidential Real Property (**ECF No. 9940**)

    <u>Responses Filed</u>:      None to date.

    <u>Replies Filed</u>:      None to date.

    <u>Additional Documents</u>:      None to date.

**Status**:          This matter is going forward.

## V.     ADJOURNED MATTERS

1.     Debtors' Sixty-Eighth Omnibus Objection to Claims (Duplicate Claims, 1110
       Aircraft Stipulations and Settlements) **(ECF No. 8810)**

       Responses Filed:          See Exhibit "A" annexed hereto.

       Replies Filed:                    None to date.

       Additional Documents:

       A.     Declaration of James B. Hall Regarding Debtors' Sixty-Eighth through
              Eighty-Third Omnibus Objection to Claims (Duplicate Claims, 1110
              Aircraft Stipulations and Settlements) **(ECF No. 9240)**

       **Status**:          This matter is adjourned to September 24, 2013 at 11:00 a.m.

2.     Debtors' Eightieth Omnibus Objection to Claims (Duplicate Claims, 1110
       Aircraft Stipulations and Settlements) **(ECF No. 8823)**

       Responses Filed:          See Exhibit "A" annexed hereto.

       Replies Filed:                    None to date.

       Additional Documents:

       A.     Declaration of James B. Hall Regarding Debtors' Sixty-Eighth through
              Eighty-Third Omnibus Objection to Claims (Duplicate Claims, 1110
              Aircraft Stipulations and Settlements) **(ECF No. 9240)**

       **Status**:          This matter is adjourned to September 24, 2013 at 11:00 a.m.

3.     Final Application of Dewey & LeBoeuf LLP, Debtor in Possession, as Special
       Counsel for the Debtors, for Allowance of Compensation for Professional
       Services Rendered and Reimbursement of Actual and Necessary Expenses
       Incurred from November 29, 2011 through May 19, 2012 **(ECF No. 4211**)

       Responses Filed:

       A.     Objection of Debtors to Final Application of Dewey & Leboeuf LLP, as
              Special Counsel for the Debtors, for Allowance of Compensation for
              Professional Services Rendered and Reimbursement of Actual and
              Necessary Expenses Incurred from November 29, 2011 through May 19,
              2012 **(ECF No. 10043**)

       Replies Filed:

16

B.    **Response of Dewey & LeBoeuf Secured Lender Trust to Debtors' Objection to Final Fee Application of Dewey & LeBoeuf LLP (ECF No. 10074)**

Additional Documents:

C.    Fee Examiner's Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10044**)

D.    **Supplement to the Fee Examiner's Consolidated Final Report [Docket No. 10044] with Respect to the Fee Examiner's Comments on the Debtors' Objections to: (I) the Final Fee Application of Dewey & LeBoeuf LLP; and (II) the Third Interim Fee Application of Jenner & Block LLP (ECF No. 10073)**

**Status:**        **This matter is adjourned to October 16, 2013 at 11:00 a.m.**

4.    Second Interim Application of Cooley LLP, Special Counsel for the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from August 1, 2012 through November 30, 2012 (**ECF No.  6495**)

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

5.    Third Interim Application of Cooley LLP, Special Counsel for the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from December 1, 2012 through March 31, 2013 (**ECF No.  8386**)

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

6.    Fourth Fee Application of Debevoise & Plimpton LLP, as Special Aircraft Attorneys for the Debtors, for Interim Allowance and Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From December 1, 2012 Through March 31, 2013 (**ECF No. 8534**)

US_ACTIVE:\44324705\5\14013.0139

|  |  |
|---|---|
| Responses Filed: | None to date. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

7.    Fourth Interim Fee Application of Deloitte Financial Advisory Services LLP for Compensation for Services Rendered and Reimbursement of Expenses as Consultants from December 1, 2012 through March 31, 2013 (**ECF No. 8392**)

|  |  |
|---|---|
| Responses Filed: | None to date. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

8.    Fourth Interim Application of Ernst & Young LLP, Auditor for the Debtors and Debtors in Possession, for Allowance and Payment of Compensation for Professional Services and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through March 31, 2013 (**ECF No. 8498**)

|  |  |
|---|---|
| Responses Filed: | None to date. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

9.    Third Interim Application of Ford Harrison LLP, Special Labor and Employment Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2012 through March 31, 2013 (**ECF No. 7924**)

|  |  |
|---|---|
| Responses Filed: | None to date. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

10.    Second Application of Grant Thornton, LLP, as Consultants for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 2, 2013 through March 31, 2013 (**ECF No. 8440**)

US_ACTIVE:\44324705\5\14013.0139

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

11.     Fourth Interim Application of Groom Law Group, Chartered as Special
        Employee Benefits Counsel to the Debtors and Debtors in Possession for
        Interim Allowance of Compensation for Professional Services Rendered and for
        Reimbursement of Actual and Necessary Expenses Incurred from December 1,
        2012 through March 31, 2013 (**ECF No. 8449**)

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

12.     First Application for Interim Professional Compensation of Heidrick &
        Struggles, Inc. for Compensation for Professional Services Rendered and
        Reimbursement of Actual and Necessary Expenses Incurred as Consultant for
        the Official Committee of Unsecured Creditors for the Period from February 13,
        2013 through March 31, 2013 (**ECF No. 8522**)

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

13.     Consolidated Application of Jones Day for Allowance of Compensation for
        Services Rendered and for Reimbursement of Actual and Necessary Expenses
        Incurred as an Ordinary Course Professional for the Period November 1, 2012
        through December 31, 2012 (**ECF No. 8505**)

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

14.     Consolidated Application of Jones Day for Allowance of Compensation for
        Services Rendered and for Reimbursement of Actual and Necessary Expenses

Incurred as an Ordinary Course Professional for the Period January 1, 2013 through March 12, 2013 (**ECF No. 9031**)

    Responses Filed:        None to date.

    Replies Filed:        None to date.

    Additional Documents:        None to date.

    **Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

15.    First Interim Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel to the Debtors for the Period March 13, 2013 through March 31, 2013 (**ECF No. 8173**)

    Responses Filed:        None to date.

    Replies Filed:        None to date.

    Additional Documents:        None to date.

    **Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

16.    Third Interim Application of Rothschild Inc. as Financial Advisor and Investment Banker for the Debtors and Debtors in Possession for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred August 1, 2012 through November 30, 2012 (**ECF No. 6447**)

    Responses Filed:        None to date.

    Replies Filed:        None to date.

    Additional Documents:        None to date.

    **Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

17.    Fourth Interim Application of Rothschild Inc. as Financial Advisor and Investment Banker for the Debtors and Debtors in Possession for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred December 1, 2012 through March 31, 2013 (**ECF No. 8480**)

    Responses Filed:        None to date.

    Replies Filed:        None to date.

    Additional Documents:        None to date.

    **Status**:        This matter is adjourned to October 16, 2013 at 11:00 a.m.

18.    Fourth Interim Fee Application of SkyWorks Capital, LLC, Aircraft
       Restructuring Advisor, for Allowance of Compensation and Reimbursement of
       Expenses for the Period December 1, 2012 through March 31, 2013 (**ECF No.
       8976**)

   Responses Filed:              None to date.

   Replies Filed:                None to date.

   Additional Documents:         None to date.

   **Status**:         This matter is adjourned to October 16, 2013 at 11:00 a.m.

19.    Fourth Application of Weil, Gotshal & Manges LLP, as Attorneys for the
       Debtors, for Interim Allowance of Compensation for Professional Services
       Rendered and Reimbursement of Actual and Necessary Expenses Incurred from
       December 1, 2012 through March 31, 2013 (**ECF No. 8535**)

   Responses Filed:              None to date.

   Replies Filed:                None to date.

   Additional Documents:         None to date.

   **Status**:         This matter is adjourned to October 16, 2013 at 11:00 a.m.

## VI.    RESOLVED MATTERS

1.    Creditor, Valerie Hull's, Motion to Allow Late Filed Claim (**ECF No. 9392**)

   Responses Filed:              None to date.

   Replies Filed:                None to date.

   Additional Documents:

      A.    Notice of Entry into Agreement between the Debtors and Valerie Hull to
            Modify the Automatic Stay for a Limited Purpose (**ECF No. 10040**) (the
            "**Agreement**")

21

**Status**:          This matter is resolved pursuant to the Agreement.

Dated: New York, New York
          September 11, 2013

                                         /s/ Alfredo R. Pérez
                                        Stephen Karotkin
                                        Alfredo R. Pérez
                                        Stephen A. Youngman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**EXHIBIT A**

**RESPONSES TO OMNIBUS OBJECTIONS TO CLAIMS**

**Debtors' Sixty-Eighth Omnibus Objection to Claims (Duplicate Claims, 1110 Aircraft Stipulations and Settlements) (ECF No. 8810)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| GE Capital Aviation Services LLC | 9153 | 12258, 13303, 13304, 13305, 13306 | Adjourned | September 24, 2013 at 11:00 a.m. |

**Debtors' Eightieth Omnibus Objection to Claims (Duplicate Claims, 1110 Aircraft Stipulations and Settlements) (ECF No. 8823)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| U.S. Bank National Association (as successor in interest to U.S. Bancorp Leasing & Financial) | 9157 | 12584 | Adjourned | September 24, 2013 at 11:00 a.m. |