**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
**In re**                                     :    Chapter 11 Case No.
                                              :
**AMR CORPORATION**, *et al.*,                :    11-15463 (SHL)
                                              :
        Debtors.                              :    (Jointly Administered)
                                              :
-------------------------------------------------------------x

NOTICE OF MATTERS SCHEDULED FOR
<u>OCTOBER 16, 2013 AT 11:00 A.M. (EASTERN TIME)</u>
(THIRTY-SEVENTH OMNIBUS HEARING)

**Location of Hearing:** United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Sean H. Lane, United States Bankruptcy Judge, Courtroom 701, One Bowling Green, New York, NY 10004-1408

### I.    UNCONTESTED MATTERS

1. Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 362, 364, 503(b) and 507 and Fed. R. Bankr. P. 4001 (I) Authorizing Debtors to Obtain Postpetition Secured First Priority Aircraft Financing and Grant Security Interests and Liens With Respect Thereto and (II) Granting Related Relief (**ECF No. 10251**)

   <u>Responses Filed</u>:        None to date.

   <u>Replies Filed</u>:          None to date.

   Additional Documents:

   A. Motion for an Order Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information Under Seal in Connection with Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 362, 364, 503(b) and 507 and Fed. R. Bankr. P. 4001 (I) Authorizing Debtors to Obtain Postpetition Secured First Priority Aircraft Financing and Grant Security Interests and Liens With Respect Thereto and (II) Granting Related Relief (**ECF No. 10252**)

   **<u>Status</u>**:    This matter is going forward.

2. Motion for an Order Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information Under Seal in Connection with Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 362, 364, 503(b) and 507 and Fed. R. Bankr. P. 4001 (I) Authorizing Debtors to

Obtain Postpetition Secured First Priority Aircraft Financing and Grant Security Interests and Liens With Respect Thereto and (II) Granting Related Relief (**ECF No. 10252**)

<u>Responses Filed</u>: None to date.

<u>Replies Filed</u>: None to date.

Additional Documents:

A. Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 362, 364, 503(b) and 507 and Fed. R. Bankr. P. 4001 (I) Authorizing Debtors to Obtain Postpetition Secured First Priority Aircraft Financing and Grant Security Interests and Liens With Respect Thereto and (II) Granting Related Relief (**ECF No. 10251**)

**Status**: This matter is going forward.

## II. INTERIM FEE APPLICATIONS

1. First Interim Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel to the Debtors for the Period March 13, 2013 through March 31, 2013 (**ECF No. 8173**)

    <u>Responses Filed</u>: None to date.

    <u>Replies Filed</u>: None to date.

    Additional Documents:

    A. Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

    **Status:** This matter is going forward.

2. Second Application of Grant Thornton, LLP, as Consultants for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 2, 2013 through March 31, 2013 (**ECF No. 8440**)

    <u>Responses Filed</u>: None to date.

    <u>Replies Filed</u>: None to date.

    Additional Documents:

    A. Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the

      Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

   **Status:**   This matter is going forward.

3. Third Interim Application of Ford Harrison LLP, Special Labor and Employment Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2012 through March 31, 2013 (**ECF No. 7924**)

   Responses Filed:   None to date.

   Replies Filed:   None to date.

   Additional Documents:

    A.   Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

   **Status:**   This matter is going forward.

4. Third Interim Application of Rothschild Inc. as Financial Advisor and Investment Banker for the Debtors and Debtors in Possession for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred August 1, 2012 through November 30, 2012 (**ECF No. 6447**)

   Responses Filed:   None to date.

   Replies Filed:   None to date.

   Additional Documents:

    A.   Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

   **Status:**   This matter is going forward.

5. Fourth Fee Application of Debevoise & Plimpton LLP, as Special Aircraft Attorneys for the Debtors, for Interim Allowance and Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From December 1, 2012 Through March 31, 2013 (**ECF No. 8534**)

   Responses Filed:   None to date.

   Replies Filed:   None to date.

Additional Documents:

A. Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

**Status:** This matter is going forward.

6. Fourth Interim Fee Application of Deloitte Financial Advisory Services LLP for Compensation for Services Rendered and Reimbursement of Expenses as Consultants from December 1, 2012 through March 31, 2013 (**ECF No. 8392**)

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:

A. Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

**Status:** This matter is going forward.

7. Fourth Interim Application of Ernst & Young LLP, Auditor for the Debtors and Debtors in Possession, for Allowance and Payment of Compensation for Professional Services and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through March 31, 2013 (**ECF No. 8498**)

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:

A. Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

**Status:** This matter is going forward.

8. Fourth Interim Application of Groom Law Group, Chartered as Special Employee Benefits Counsel to the Debtors and Debtors in Possession for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through March 31, 2013 (**ECF No. 8449**)

Responses Filed:        None to date.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

    **Status:**    This matter is going forward.

9. Fourth Interim Application of Rothschild Inc. as Financial Advisor and Investment Banker for the Debtors and Debtors in Possession for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred December 1, 2012 through March 31, 2013 (**ECF No. 8480**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

    **Status:**    This matter is going forward.

10. Fourth Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through March 31, 2013 (**ECF No. 8535**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

    **Status:**    This matter is going forward.

11. Consolidated Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses

  Incurred as an Ordinary Course Professional for the Period November 1, 2012 through December 31, 2012 (**ECF No. 8505**)

  Responses Filed:  None to date.

  Replies Filed:  None to date.

  Additional Documents:

  A. Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

  **Status:**  This matter is going forward.

12. Consolidated Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as an Ordinary Course Professional for the Period January 1, 2013 through March 12, 2013 (**ECF No. 9031**)

  Responses Filed:  None to date.

  Replies Filed:  None to date.

  Additional Documents:

  A. Fee Examiner's Supplemental Consolidated Final Report Pertaining to (I) The Interim Fee Applications of Certain Retained Professionals for the Period From December 1, 2012 Through March 31, 2013 and (II) Certain Additional Fee Applications (**ECF No. 10275**)

  **Status:**  This matter is going forward.

13. Third Interim Application of Bernstein, Shur, Sawyer & Nelson, P.A., Counsel to the Fee Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2012 Through March 31, 2013 (**ECF No. 8352**)

  Responses Filed:  None to date.

  Replies Filed:  None to date.

  Additional Documents:  None to date.

  **Status:**  This matter is going forward.

14. Third Interim Application of Robert J. Keach, as Fee Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2012 Through March 31, 2013 (**ECF No. 8369**)

      Responses Filed:      None to date.

      Replies Filed:      None to date.

      Additional Documents:      None to date.

      **Status:**      This matter is going forward.

### III.   OMNIBUS OBJECTIONS TO CLAIMS

1. Debtors' Eighty-Seventh Omnibus Objection to Claims (Reduce and Allow Supplier Claims/ Variance Greater than $500 but Less than $2,500) **(ECF No. 10090)**

    Responses Filed:      See Exhibit "A" annexed hereto.

    Replies Filed:      None to date.

    Additional Documents:

    A. Declaration of Kathryn Koorenny Regarding Debtors' Eighty-Seventh through Ninety-First Omnibus Objection to Claims (**ECF No. 10095**)

    B. Notice of Withdrawal of Eighty-Seventh Omnibus Objection to Claims as to Certain Claims (Reduce and Allow Supplier Claims/ Variance Greater than $500 but Less than $2,500) (**ECF No. 10276**)

    **Status**:      This matter is going forward.

2. Debtors' Eighty-Eighth Omnibus Objection to Claims (Reduce and Allow Supplier Claims/ Variance Greater than $2,500) **(ECF No. 10091)**

    Responses Filed:      See Exhibit "A" annexed hereto.

    Replies Filed:      None to date.

    Additional Documents:

    A. Declaration of Kathryn Koorenny Regarding Debtors' Eighty-Seventh through Ninety-First Omnibus Objection to Claims (**ECF No. 10095**)

    B. Notice of Withdrawal of Eighty-Eighth Omnibus Objection to Claims as to Certain Claims (Reduce and Allow Supplier Claims/ Variance Over $2,500) (**ECF No. 10277**)

    **Status**:      This matter is going forward.

3. Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Supplier Claims) **(ECF No. 10092)**

    Responses Filed:      See Exhibit "A" annexed hereto.

7

        Replies Filed:        None to date.

        Additional Documents:

        A.    Declaration of Kathryn Koorenny Regarding Debtors' Eighty-Seventh through Ninety-First Omnibus Objection to Claims (**ECF No. 10095**)

        B.    Notice of Withdrawal of Eighty-Ninth Omnibus Objection to Claims as to Claim No. 11412 (**ECF No. 10200**)

        C.    Notice of Withdrawal of Eighty-Ninth Omnibus Objection to Claims as to Certain Claims (No Liability Supplier Claims) (**ECF No. 10278**)

        **Status**:    This matter is going forward.

4. Debtors' Ninetieth Omnibus Objection to Claims (Reclassification and Allowance of Wrong Debtor Claims) **(ECF No. 10093)**

        Responses Filed:    None to date.

        Replies Filed:        None to date.

        Additional Documents:

        A.    Declaration of Kathryn Koorenny Regarding Debtors' Eighty-Seventh through Ninety-First Omnibus Objection to Claims (**ECF No. 10095**)

        **Status**:    This matter is going forward.

5. Debtors' Ninety-First Omnibus Objection to Claims (Reclassification and Allowance of Wrong Debtor Claims) **(ECF No. 10094)**

        Responses Filed:    None to date.

        Replies Filed:        None to date.

        Additional Documents:

        A.    Declaration of Kathryn Koorenny Regarding Debtors' Eighty-Seventh through Ninety-First Omnibus Objection to Claims (**ECF No. 10095**)

        **Status**:    This matter is going forward.

## IV. ADJOURNED MATTERS

1. Thirtieth Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 363(b), 363(m), 365(a), and 365(f), Fed. R. Bankr. P. 6006, and LBR 6006-1 Authorizing Assumption and Assignment of a Certain Unexpired Lease of Nonresidential Real Property (**ECF No. 9743**)

        Responses Filed:

    A.    Limited Objection of the Transport Workers Union of America to Thirtieth Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 363(b), 365(a), and 365(f), Fed. R. Bankr. P. 6006, and LBR 6006-1 Authorizing Assumption and Assignment of a Certain Unexpired Lease of Nonresidential Real Property and Reservation of Rights (**ECF No. 9896**)

Replies Filed:     None to date.

Additional Documents:

    B.    Notice of Further Adjournment of Hearing to Consider Thirtieth Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 363(b), 363(m), 365(a), and 365(f), Fed. R. Bankr. P. 6006, and LBR 6006-1 Authorizing Assumption and Assignment of a Certain Unexpired Lease of Nonresidential Real Property (AllianceAirport Authority) (**ECF No. 10279**)

**Status**:     This matter is adjourned to October 29, 2013 at 11:00 a.m. (Eastern Time).

2. Final Application of Dewey & LeBoeuf LLP, Debtor in Possession, as Special Counsel for the Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 29, 2011 through May 19, 2012 (**ECF No. 4211**)

Responses Filed:

    A.    Objection of Debtors to Final Application of Dewey & Leboeuf LLP, as Special Counsel for the Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 29, 2011 through May 19, 2012 (**ECF No. 10043**)

Replies Filed:

    B.    Response of the Dewey & Leboeuf LLP Secured Lender Trust to the Objection of Debtors to Final Application of Dewey & Leboeuf LLP, as Special Counsel for the Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From November 29, 2011 through May 19, 2012 (**ECF No. 10074**)

Additional Documents:     None to date.

**Status:**     This matter is adjourned to December 12, 2013 at 11:00 a.m.

3. First Application for Interim Professional Compensation of Heidrick & Struggles, Inc. for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Consultant for

    the Official Committee of Unsecured Creditors for the Period from February 13, 2013 through March 31, 2013 (**ECF No. 8522**)

    **Responses Filed:**     None to date.

    **Replies Filed:**     None to date.

    Additional Documents:     None to date.

    **Status:**     This matter is adjourned to December 12, 2013 at 11:00 a.m.

4.   Second Interim Application of Cooley LLP, Special Counsel for the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from August 1, 2012 through November 30, 2012 (**ECF No. 6495**)

    **Responses Filed:**     None to date.

    **Replies Filed:**     None to date.

    Additional Documents:     None to date.

    **Status:**     This matter is adjourned to December 12, 2013 at 11:00 a.m.

5.   Third Interim Application of Cooley LLP, Special Counsel for the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from December 1, 2012 through March 31, 2013 (**ECF No. 8386**)

    **Responses Filed:**     None to date.

    **Replies Filed:**     None to date.

    Additional Documents:     None to date.

    **Status:**     This matter is adjourned to December 12, 2013 at 11:00 a.m.

6.   Third Interim Fee Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Retiree Committee for the Period from December 1, 2012 through March 31, 2013 (**ECF No. 8242**)

    Responses Filed:

    A.   Objection of Debtors to Third Interim Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Retiree Committee for the Period from December 1, 2012 through March 31, 2013 (**ECF No. 10045**)

    Replies Filed:

10

 B. Jenner & Block LLPs Reply to the Debtors Objection to the Third Interim Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Retiree Committee for the Period from December 1, 2012 through March 31, 2013  (**ECF No. 10063**)

 Additional Documents: None to date.

 **Status:** This matter is adjourned to the date on which a hearing is held to consider the final fee application of Jenner & Block LLP.

7. Fourth Interim Fee Application of SkyWorks Capital, LLC, Aircraft Restructuring Advisor, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2012 through March 31 2013 (**ECF No. 8976**)

 Responses Filed: None to date.

 Replies Filed: None to date.

 Additional Documents: None to date.

 **Status:** This matter is adjourned to the date on which a hearing is held to consider the final fee application of SkyWorks Capital, LLC.

Dated: New York, New York
   October 11, 2013

              /s/ Alfredo R. Pérez
              Stephen Karotkin
              Alfredo R. Pérez
              Stephen A. Youngman

              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              Attorneys for Debtors
              and Debtors in Possession

# EXHIBIT A

## RESPONSES TO OMNIBUS OBJECTIONS TO CLAIMS

**October 16th Hearing- 87th through 91st Omnibus Objection Responses**

**Eighty-Seventh Omnibus Objection (Reduce and Allow Supplier Claims/ $500-$2,500) (ECF No. 10090)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ATR North America Inc. | Informal | 5941 | Objection withdrawn | |
| Bowery Opportunity Fund LP | Informal | 4577, 6917, 6935, 6963, 6964, 11389 | Adjourned | November 12 |
| City Utilities of Springfield | Informal | 3760 | Objection Withdrawn | |
| Claims Recovery Group (Doubletree Hotel) | Informal | 1050-B | Objection Withdrawn | |
| Click Here Inc | 10267 | 6606 | Objection Withdrawn | |
| Fritsch Family Partners LLC, dba Clarion Hotel & Convention Center | Informal | 5047 | Objection Withdrawn | |
| Sierra Liquidity Fund | Informal | 13276, 2300-B | Objection Withdrawn | |

**Eighty-Eighth Omnibus Objection (Reduce and Allow Supplier Claims/ Variance Over $2,500) (ECF No. 10091)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| Bowery Opportunity Fund LP | Informal | 6918, 6919, 7252, 9184, 9186 | Adjourned | November 12 |
| Claims Recovery Group | Informal | 2117, 2656 | Objection withdrawn | |
| Property Paving, Inc. | Informal | 3561 | Objection withdrawn | |
| Riverside Claims LLC | Informal | 13136 | Adjourned | To be determined |
| Sierra Liquidity Fund | Informal | 4533 | Objection withdrawn | |

**Eighty-Ninth Omnibus Objection (No Liability Supplier Claims) (ECF No. 10092)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| Bowery Opportunity Fund, L.P. | Informal | 6937 | Objection withdrawn | |
| Marriott International | Informal | 912, 916 | Objection withdrawn | |
| Marriott International | Informal | 923 | Adjourned | To be determined |
| Riverside Claims | Informal | 5181 | Adjourned | To be determined |

US_ACTIVE:\44344390\1\14013.0139